AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

**LODGED**
CLERK, U.S. DISTRICT COURT
**07/08/2025**
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
**07/08/2025**
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KH _____ DEPUTY

United States of America,

v.

BLADYS MENDOZA ALDAMA,

Defendant(s)

Case No. 8:25-mj-00562-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of February 9, 2025 in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1326(a) | Illegal Alien Found in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
*Complainant's signature*

ALBERT SEGUNDO, Deportation Officer, DHS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   July 8, 2025

/s/ Autumn D. Spaeth
*Judge's signature*

City and state:   Santa Ana, California

Hon. AUTUMN D. SPAETH, U.S. Magistrate Judge
*Printed name and title*

AUSA: Rosalind Wang

## AFFIDAVIT

I, Albert Segundo, being duly sworn, declare and state as follows:

### I.  PURPOSE OF AFFIDAVIT

1.    This affidavit is made in support of a complaint and arrest warrant against BLADYS MENDOZA ALDAMA ("ALDAMA"), charging him with violating Title 8, United States Code, Section 1326(a) (Illegal Alien Found in the United States Following Deportation or Removal).

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, data contained in Department of Homeland Security ("DHS") databases, the Alien File ("A-File") that is assigned to ALDAMA, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF ALBERT SEGUNDO

3.    I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE").  I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since July 2021.  I am currently assigned to the Los

1

Angeles Enforcement and Removal Operations ("ERO") field office, Santa Ana sub-office.

## STATEMENT OF PROBABLE CAUSE

4.    On or about February 9, 2025, the ICE Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint information that ALDAMA had recently been encountered by the Orange County Sheriff's Department ("OCSD").  On or about February 9, 2025, ALDAMA was determined to be at the OCSD County Jail in Santa Ana, California by Deportation Officers ("DO") assigned to the PERC.  ALDAMA was subsequently released from the custody of the OCSD.

5.    Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States.  I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

6.    On or about June 24, 2025, I reviewed DHS A-File A215-660-592 (the "DHS A-File"), which is maintained for subject alien ALDAMA.  The DHS A-File contained the following documents and information:

    a.    A Record of Deportable/Inadmissible Alien (Form I-213) dated April 20, 2018, listing a Federal Bureau of Investigation Identification number ("FBI number").  I compared the FBI number to the one listed on the electronic notification

2

received from the PERC.  These documents list the same FBI number.  I thus believe that this DHS A-File and its contents corresponded to ALDAMA.

b.    The following documents related to ALDAMA's removal:

i.    A Notice and Order of Expedited Removal (Form I-860) showing that ALDAMA was ordered removed from the United States by L. Aguilar Jr., Acting Patrol Agent in Charge, on April 20, 2018.

ii.    A Notice to Alien Ordered Removed/Departure Verification (DHS Form I-296) showing ALDAMA was removed from the United States on April 20, 2018 via Laredo, Texas.  At the bottom of the page, there is a completed Verification of Removal section initialed by the "Verifying Officer."

c.    I know from my training and experience that a Warrant of Removal, a Warrant of Removal/Deportation, or a Notice to Alien Ordered Removed/Departure Verification is executed each time a subject alien is removed or excluded from the United States by DHS (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint.  The executed Notice to Alien Ordered Removed/Departure Verification in the DHS A-File contained a photograph, signature, and fingerprint of the alien removed.

d.    A Record of Deportable/Inadmissible Alien (Form I-213) dated April 20, 2018, indicates that, in an interview, ALDAMA admitted to being a citizen of Mexico with no right to be in or remain in the United States legally.

3

7.   On or about June 24, 2025, I reviewed the DHS computer indices on ALDAMA.  Based on my training and experience, I know that the DHS computer indices track and document each time an alien is removed, deported, or excluded from the United States by DHS, was removed, deported, or excluded by the former INS, or is granted permission to enter or re-enter the United States. The DHS computer indices confirmed that ALDAMA had been removed, deported, and/or excluded on or about the date indicated on the Notice to Alien Ordered Removed/Departure Verification found in the DHS A-File.  The DHS computer indices further indicated that ALDAMA had not applied for permission to reapply for admission or the United States or obtained from the Attorney General or the Secretary of Homeland Security, permission to so reapply following his last deportation and removal.

8.   Based on my review of the DHS A-File, I determined that it does not contain any record of ALDAMA applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States following his last deportation and removal.  Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in the DHS A-File.

### III. CONCLUSION

9.   For all the reasons described above, there is probable cause to believe that BLADYS MENDOZA ALDAMA has committed a
///

4

violation of Title 8, United States Code, Section 1326(a):

Illegal Alien Found in the United States Following Deportation.


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this _8__ day of July
2025.


_____/s/ Autumn D. Spaeth_____
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE